FILED

08/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0145

No. DA 20-0145

IN THE

# Supreme Court of the State of Montana

_____

PUBLIC LAND/WATER ACCESS ASSOCIATION, INC.,

*Plaintiffs and Appellant*,

VS.

MARK L. ROBBINS AND DEANNA M. ROBBINS; ROBERT "ROBIN" E. FINK (A/K/A ROBERT "ROBIN" ELI FINK) AND KATHIE FINK; DAVID D. MURRAY; CLEO BOYCE, MARY D. BOYCE, DAN BOYCE AND LAURA BOYCE; JOANNE OWENS PIERCE, AND THE MARABETH OWENS OSTWALD REVOCABLE TRUST DATED NOVEMBER 27, 2012,

AND

THE STATE OF MONTANA, AND FERGUS COUNTY, MONTANA,

*Defendants and Appellees*.

_____

ON APPEAL FROM THE TENTH JUDICIAL DISTRICT COURT,
FERGUS COUNTY, HON. BRENDA GILBERT, PRESIDING
CASE NO. DV14-2012-0085K

---

## ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Appellees Mark L. Robbins, Deanna M. Robbins, Robert E. Fink, Kathie Fink, David Murray, Mary D. Boyce, Dan Boyce, Cleo Boyce, and Laura Boyce, pursuant to Montana Rule of Appellate Procedure 26(1), have moved for an extension of thirty (30) days to file their Opening Appellee Brief, currently due August 19, 2020. Good cause appearing therefor,

IT IS HEREBY ORDERED that Mark L. Robbins, Deanna M. Robbins, Robert E. Fink, Kathie Fink, David Murray, Mary D. Boyce, Dan Boyce, Cleo Boyce, and Laura Boyce have up to and including September 18, 2020, to file their Opening Appellee Brief.

Electronically dated and signed below

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 6 2020